**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Crim. No. 11-553** |
| | : | |
| **SERGEY BOLTUTSKIY** | : | |

## O R D E R

**AND NOW**, this 25th day of August, 2020, upon consideration of the Government's Motion for Final Order of Forfeiture (Doc. No. 96), it is hereby **ORDERED** that:

1. The Government's Motion (Doc. No. 96) is **GRANTED**;

2. All right, title, and interest of all persons, their heirs and assigns, in the property listed in the Judgment and Preliminary Order of Forfeiture entered on December 19, 2013 (Doc. No. 81), and described below, is hereby fully and finally forfeited to the United States of America pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(1), 28 U.S.C. § 2461(c), and 22 U.S.C. § 401:

   a. **two (2) x200xp Thermal Imaging Cameras seized by law enforcement on August 12, 2011, from the residence of Aliaksandr Belski;**

   b. **one (1) pair of Night Vision Goggles, Mini Thermal Monocular and Night Vision Device seized by law enforcement on August 12, 2011;**

   c. **one (1) Aura Tactical Raptor, ITT Night Vision Goggles, MANTIS, Night Vision Pocketscope, and FLIR Recon M24 seized by law enforcement on August 15, 2011, from the residence of Ernest Chornoletskyy;**

   d. **Raptor Night Vision Weapon Sight seized by law enforcement on August 16, 2011, from the residence of Ernest Chornoletskyy;**

   e. **Night Vision Goggle and ANVIS Night Vision Device seized by law enforcement on August 26, 2011, from the residence of Ernest Chornoletskyy;**

    f.   **Raptor 4x with serial number and battery cap removed by law enforcement on September 7, 2011, at the customs border in Miami, Florida;**

    g.   **ITT PVS-7 Night Vision Device wrapped in foil, two (2) plastic Pelican-type Cases for Night Vision, and battery cap seized by law enforcement on September 13, 2011, at the customs border in Miami, Florida;**

    h.   **MANTIS with serial number removed, Night Vision Goggle (3rd generation), Night Vision Rifle Scope, Storage Case for Night Vision, Monocular seized by law enforcement on November 15, 2011, at the customs border in Miami, Florida;**

    i.   **Aquila Night Vision Scope seized by law enforcement on November 28, 2011, at the customs border in Miami, Florida; and**

    j.   **AN PVS-7A Night Vision Goggle, FLIR Night Vision Device, two (2) M944a Litton Night Vision Devices, Night Vision Monocular, 3x Magnifier, five (5) Image Intensifiers, OTIS-17 Night Vision Devices, and ATN Night Shadow seized by law enforcement on January 11, 2012, from the residence of Yahor Osin.**

3.  All right, title, and interest of all persons, their heirs and assigns in the property described above, is hereby vested in the United States of America; and

4.  The Government, or its designees, shall dispose of the subject assets listed in Paragraph 2 of this Order in accordance with the law and rules of this Court.

                                 **AND IT IS SO ORDERED.**

                                 */s/ Paul S. Diamond*

August 25, 2020                             _____

                                  Paul S. Diamond, J.